IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-01966-RPM

CENTER FOR NATIVE ECOSYSTEMS and
UTAH NATIVE PLANT SOCIETY,

        Plaintiffs,

v.

GALE NORTON, in her official capacity as
United States Secretary of the Interior,

        Defendant.
_____

ORDER GRANTING MOTION TO INTERVENE BY NEWFIELD EXPLORATION
COMPANY AND FOR FILING OF ANSWER
_____

      On December 20, 2005, Newfield Exploration Company filed a motion for leave to intervene as a defendant in this civil action. The plaintiffs filed a response in opposition on December 23, 2005, and the defendant responded on December 27, 2005, taking no position. The movant filed a reply on January 9, 2006. Upon review of the papers on file in this action, the Court finds and concludes that the motion should be granted under Fed.R.Civ.P. 24(a) and (b). The plaintiffs are asserting that the species sought to be protected by their petition is endangered by the project in which the intervenor has an economic interest and the plaintiffs seek emergency protection because of that project. Accordingly, a central factual question in this case would appear to be whether the drilling project threatens destruction, modification or curtailment of the habitat of the cactus, which is uniquely located within the project. It is therefore

ORDERED that the motion to intervene is granted and the answer of Newfield Exploration Company, tendered on January 9, 2006, is ordered filed.

DATED: January 12, 2006

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge