IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-01966-RPM

CENTER FOR NATIVE ECOSYSTEMS and
UTAH NATIVE PLANT SOCIETY,

       Plaintiffs,

v.

GALE NORTON, in her official capacity as
United States Secretary of the Interior,

       Defendant, and

NEWFIELD EXPLORATION COMPANY,

       Defendant-Intervenor.


**Minute Order Entered by Senior District Judge Richard P. Matsch:**


s/M.V. Wentz
 Secretary


      The stipulation to extend briefing schedule (Doc. #20) is approved.  Defendant Norton is granted an extension to and including March 22, 2006, to file a motion for summary judgment and accompanying documents and the deadline for filing  Plaintiffs' motion for summary judgment and Defendants' replies are extended by two days, respectively.


Dated: March 20, 2006