**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Civil Action No. 05-cv-01966-RPM

CENTER FOR NATIVE ECOSYSTEMS, and
UTAH NATIVE PLANT SOCIETY,

       Plaintiffs,

v.

GALE NORTON, in her official capacity as
United States Secretary of the Interior,

       Defendant, and

NEWFIELD EXPLORATION COMPANY,

       Defendant-Intervenor.

---

**ORDER**

---

For good cause shown, the Court hereby amends the existing briefing schedule,

for summary judgment on the merits, as follows:

(1) Plaintiffs' Opening Brief shall be filed 45 days after the Court issues a ruling

on the pending jurisdictional motions;

(2) Defendant and Defendant-Intervenor's Oppositions shall be filed 30 days

thereafter; and

(3) Plaintiffs' Reply shall be filed 14 days thereafter.

IT IS SO ORDERED.

DATED this 20<u>th,</u> day of June 2006.

       BY THE COURT:

       s/ Richard P. Matsch

       Richard P. Matsch, Senior District Judge