IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-01966-RPM

CENTER FOR NATIVE ECOSYSTEMS and
UTAH NATIVE PLANT SOCIETY,

     Plaintiffs,

v.

P. LYNNE SCARLETT in her official capacity as
Acting United States Secretary of the Interior,

     Defendant, and

NEWFIELD EXPLORATION COMPANY,

     Defendant-Intervenor.

---

### ORDER FOR ORAL ARGUMENT ON JURISDICTIONAL ISSUES

---

     Upon review of the defendant's and intervenor defendant's motions for summary judgment and the papers filed by the parties and upon the view of the court that the issue is whether this court has subject matter jurisdiction of the plaintiffs' claims in this case and therefore considering the motions as motions for dismissal under Fed.R.Civ.P. 12(b)(1) for lack of subject matter jurisdiction and that oral argument will be helpful, it is

     ORDERED that oral argument will be held on September 26, 2006 at 10:00 a.m. in Court Room A, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.

     Dated: September 12, 2006

                              BY THE COURT:

                              s/ Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge