IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-CV-01966-RPM-OES

CENTER FOR NATIVE ECOSYSTEMS; and
UTAH NATIVE PLANT SOCIETY,

    Plaintiffs,
v.

DIRK KEMPTHORNE, in his official capacity as
United States Secretary of the Interior,

    Defendant, and

NEWFIELD EXPLORATION COMPANY,

    Defendant-Intervenor.

_____

ORDER APPROVING STIPULATED SETTLEMENT AGREEMENT
AND DIRECTING THAT CASE BE CLOSED
_____

THIS MATTER is before the Court on the Joint Motion to Approve Stipulated Settlement Agreement. The Court being fully advised in the foregoing,

ORDERS that the Joint Motion to Approve Stipulated Settlement Agreement is GRANTED. The settlement is approved, and the parties having represented that all claims are resolved, the Court directs that the Clerk close the case. The Court reserves jurisdiction as specified in the settlement.

Dated: October 12th , 2006

                                          BY THE COURT:
                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior District Judge